

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 6 OF COLLIN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 30th day of July, 2014, the cause on appeal to revise or reverse the judgment between

DAVENPORT MEADOWS, LP, Appellant

No. 05-12-01471-CV          V.

JACOB DOBRUSHKIN & GALINA DOBRUSHKIN, Appellees

On Appeal from the County Court at Law No. 6, Collin County, Texas
Trial Court Cause No. 006-02710-2011.
Opinion delivered by Justice O'Neill.
Justices Myers and Brown participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that appellees JACOB DOBRUSHKIN & GALINA DOBRUSHKIN recover their costs of this appeal from appellant DAVENPORT MEADOWS, LP.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 25th day of February, 2015.

_____
LISA MATZ, Clerk